**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF ROOFERS LOCAL 149 SECURITY
BENEFIT TRUST FUND; ROOFERS LOCAL 149 PENSION
FUND, ROOFERS LOCAL 149 VACATION-HOLIDAY
FUND; and ROOFERS LOCAL 149 APPRENTICESHIP
FUND,

      Plaintiffs,                                 Case No. 13-cv-10107
                                                      Hon. George Caram Steeh

v

TRAVERSE BAY ROOFING CO.,
a Michigan corporation, and
DAVID FERRIS, Individually,

      Defendants.
_____/
**DAVID J. SELWOCKI  P51375**
**MATTHEW I. HENZI  P57334**
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Highway. Suite 1000
Southfield, Michigan 48075-1000
248.746.0700
_____/

**JUDGMENT AGAINST DEFENDANTS**
**TRAVERSE BAY ROOFING CO. AND DAVID FERRIS**

      This matter having come before the Court upon Plaintiffs' Motion for Entry of Default Judgment (Doc. #10); the Court having conducted a hearing on the motion on April 22, 2013 at 2:00 p.m., and the Court being fully advised in the premises;

      **IT IS ORDERED** that Judgment is entered against Defendants TRAVERSE BAY ROOFING CO. and DAVID FERRIS in the amount of $21,089.76, as requested in Plaintiffs' Motion for Entry of Default Judgment.

**IT IS FURTHER ORDERED** that Defendant TRAVERSE BAY ROOFING CO. open the company's books and records in order for Plaintiffs to conduct an updated audit to determine the amount due and owing Plaintiff Funds in unpaid contributions.

**IT IS FURTHER ORDERED** that the Court will amend its Judgment to include an amount determined due pursuant to the audit as set forth above, as well as liquidated damages thereon, including accumulated interest, actual attorney fees, court costs, audit and other collection costs pursuant to 29 USC §1132(g)(2) and any other amounts that become due during the pendency of this matter. Said other amounts will be ordered upon further submissions to the Court by Plaintiffs.

**IT IS FURTHER ORDERED** that Defendants abide by all terms and conditions of the applicable Collective Bargaining Agreement regarding the payment of contributions, including, but not limited to, timely payment of contributions and posting of the required cash deposit or surety.

**IT IS FURTHER ORDERED** that jurisdiction of this matter be retained pending compliance with the Court's Orders.

                                        s/George Caram Steeh
                                        United States District Judge

Dated: May 7, 2013

Judgment Prepared by:
David J. Selwocki  P51375
Attorneys for Plaintiffs